FILED

DEC 13 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | 1:07 SW 00259 GSA |
| ) | |
| SEARCH WARRANT FOR THE ) | ORDER SEALING SEARCH WARRANT, |
| PREMISES, OUTBUILDINGS, AND ) | SEARCH WARRANT APPLICATION, AND |
| CURTILAGE OF ) | AFFIDAVIT, AND SUPPORTING |
| ) | DECLARATION |
| 5749 E. Belgravia Avenue ) | |
| Fresno, California. ) | **Under Seal** |
| ) | |

The United States of America has applied to this Court for an Order permitting it to file the search warrant, search warrant application, search warrant affidavit, and search warrant return in the above-captioned proceedings, together with this sealing application, accompanying Declaration of Karen A. Escobar, Assistant U.S. Attorney, and Order, in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the search warrant, search warrant application, search warrant affidavit, and search warrant return in the above-captioned proceedings, together with this sealing application, accompanying Declaration of Karen A. Escobar, Assistant U.S. Attorney, and Order, in the above-entitled

1

1  proceedings shall be filed with this Court in camera under seal
2  and shall not be disclosed to any person unless otherwise Ordered
3  by this Court.
4  DATED: December 13, 2007
5                                      GARY S. AUSTIN
                                    U.S. Magistrate Judge