1 | McGREGOR W. SCOTT
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000

FILED

MAR 1 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-sw-00259 GSA |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| ANDY LIENG, | ) | |
| Defendant. | ) | |

Having considered the government's application to unseal the search warrant, application, and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the search warrant, application and affidavit filed herein shall be UNSEALED.

Dated: March 10, 2008

_____
GARY AUSTIN
U.S. Magistrate Judge

1